UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEANDRE ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE GOODMAN, et al. )<br>)<br>Defendants. ) | No. 1:19-cv-03820-JPH-TAB |

**ENTRY ON MOTION FOR CHANGE OF JUDGE**

The plaintiff's motion for change of judge, filed on September 25, 2020, has been considered.

"When a judge decides a contested issue, whether correctly or not, at least one side will be disappointed." *Thomas v. Reese,* 787 F.3d 845, 849 (7th Cir. 2015). "Adverse rulings do not constitute evidence of judicial bias." Under 28 U.S.C. § 455(a), a federal judge must disqualify himself in any proceeding in which his "impartiality might reasonably be questioned." *Matter of Hatcher,* 150 F.3d 631, 637 (7th Cir. 1998). "The standard in any case for a § 455(a) recusal is whether the judge's impartiality could be questioned by a reasonable, well-informed observer." *Id.* In *Hook v. McDade,* 89 F.3d 350, 354 (7th Cir. 1996), the court stated that § 455(a) "asks whether a reasonable person perceives a significant risk that the judge will resolve the case on a basis other than the merits. This is an objective inquiry." *Id.* (quoting *In re Mason,* 916 F.2d 384, 385-86 (7th Cir. 1990)).

Judicial rulings, routine trial administration efforts, and ordinary admonishments are not grounds for recusal. *See Liteky v. United States,* 510 U.S. 540, 545 (1994). The plaintiff seeks the recusal of the undersigned because he disagrees with some rulings in this action. As explained, the

1

plaintiff's dissatisfaction with prior rulings by the undersigned is not evidence of bias, nor is it otherwise a valid basis for a change of judge. Therefore, the plaintiff's motion for change of judge, dkt. [79], is **denied.**

**SO ORDERED.**

Date: 10/2/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEANDRE ARNOLD
201948
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Adam Garth Forrest
BBFCS ATTORNEYS
aforrest@bbfcslaw.com